IN RE MONTGOMERY

No. 345PA83.

Case below: 62 N.C. App. 343.

Petition by Harnett County Department of Social Services for discretionary review under G.S. 7A-31 allowed 9 August 1983.

LAZENBY v. GODWIN

No. 296P83.

Case below: 62 N.C. App. 144.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 August 1983.

MAZZA v. HUFFAKER

No. 215P83.

Case below: 61 N.C. App. 170.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 August 1983.

MURPHY v. DAVIS

No. 249P83.

Case below: 61 N.C. App. 597.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 9 August 1983.

N.C. STATE BAR v. TALMAN

No. 346P83.

Case below: 62 N.C. App. 355.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1983.